# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACKSON | CIVIL ACTION |
| VERSUS | 19-504-SDD-SDJ |
| HOWARD, ET AL. | |

## RULING

The Court, after carefully considering the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated July 6, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' *Motion to Enforce Settlement*[3] is hereby GRANTED to the extent Defendant seeks a determination that Plaintiff's cause of action has been compromised, and that Plaintiff's cause of action is hereby DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana on July 27, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 48.
[2] Rec. Doc. 55.
[3] Rec. Doc. 48.